NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**CHARMAYNE M. KIRKLAND,**
*Petitioner,*

**v.**

**DEPARTMENT OF HOMELAND SECURITY,**
*Respondent.*

---

2013-3075

---

Petition for review of the Merit Systems Protection Board in No. CB7121120003-V-1.

---

**ON MOTION**

---

**O R D E R**

Charmayne M. Kirkland moves for leave to proceed in forma pauperis.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted.

CHARMAYNE KIRKLAND V. DHS                                        2

FOR THE COURT


 /s/ Jan Horbaly
Jan Horbaly
Clerk

s21